IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS RAY STANKEWITZ,

   Petitioner,      No. CIV S-09-0165 EFB P

  vs.

ROBERT L. AYERS,

   Respondent.     <u>ORDER</u>

_____/

  Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. <u>See</u> 28 U.S.C. § 2254. Petitioner has paid the $5.00 filing fee for this action.

  Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

  Accordingly, it is hereby ordered that:

  1. This action is transferred to the district court in Fresno. <u>See</u> Local Rule 3-120(f).

  2. The Clerk of Court shall assign a new case number;

////

////

////

////

1     3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: January 26, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE